```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-　　　　　　　　　　　　　　　　19-CR-00828 (ALC)

ANTHONY ORTEGA,　　　　　　　　　　　　　　**STATUS CONFERENCE ORDER**

               **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    A status conference with the Defendant and defense counsel is scheduled for Tuesday, August 4, 2020, at 10:30 a.m. and will be held telephonically. The Government is invited but need not attend this conference.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:　　July 27, 2020
　　　　　　New York, New York